IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DERRIC BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv531-MHT |
| ) | (WO) |
| LOWE'S COMPANIES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's motion to dismiss (doc. no. 18), it is ORDERED that:

(1) The motion is granted.

(2) All claims against defendants Steven Pearson and Lowe's Companies, Inc. are dismissed without prejudice, and said defendants are terminated as parties to this action.

This case is not closed.

DONE, this the 4th day of December, 2019.

                                           /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**